## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

ALYSSA NOBRIGA, EVA PEPAJ, JESSICA
HINTON, IRINA VORONINA, MONICA
LEIGH, and URSULA MAYES, as assignees of
MR. HAPPY, INC.,

               Plaintiffs,

      v.

CLEAR BLUE SPECIALTY INSURANCE
COMPANY,

               Defendant.

Case No.: 3:24-cv-01980-SVN

## CLEAR BLUE SPECIALTY INSURANCE COMPANY'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant, Clear Blue Specialty Insurance Company ("Clear Blue"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(c), hereby moves this Court for the entry of judgment as a matter of law declaring that Clear Blue had no duty to defend its insured, Mr. Happy, Inc. ("Mr. Happy"), in the underlying lawsuit brought by Plaintiffs Alyssa Nobriga, Eva Pepaj, Jessica Hinton, Irina Voronina, Monica Leigh, and Ursula Mayes, and that Clear Blue has no duty to indemnify Plaintiffs for any amounts arising from the settlement and assignment entered into with Mr. Happy to resolve that lawsuit.  The grounds for this motion are more fully set forth in the Memorandum of Support (and exhibits attached thereto) filed concurrently herewith.

Dated:  October 30, 2025

Respectfully submitted,

/s/ Jordon S. Steinway
Jordon S. Steinway, phv208278
Craig M. Leff, phv208946
Katherine A. Martin, phv208732
BATESCAREY LLP
191 North Wacker, Suite 2400

## ORAL ARGUMENT REQUESTED

Chicago, IL 60606
Phone:  (312) 762-3169
Email:  jsteinway@batescarey.com
Email:  cleff@batescarey.com
Email:  kmartin@batescarey.com

Michael J. Dugan, ct 18669
LITCHFIELD CAVO LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089
Phone:  (860) 413-2704
Email:  dugan@litchfieldcavo.com

*Counsel for Clear Blue Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 30, 2025, I electronically filed the foregoing document and all exhibits referenced therein with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

/s/ Jordon S. Steinway

25595.8708173

3